O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MONICA BRUCE and DONNA STUBBS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TELEFLORA, LLC,

Defendant.

Case No. 2:13-cv-3279-ODW(CWx)

**ORDER TO SHOW CAUSE RE FIRST AMENDED COMPLAINT**

Under footnote one of Defendant Teleflora, LLC's Motion to Dismiss, Teleflora states that the parties have stipulated to dismiss Counts 3 and 5 as to Plaintiff Stubbs and Count 4 as to Plaintiff Bruce.  (Mot. 5, n.1.)  Teleflora notes that "[a]s a result, Teleflora's present motion to dismiss is solely directed towards plaintiffs' UCL and CLRA claims."  (*Id.*)

It is unclear whether the stipulation to dismiss acts to dismiss the Counts in their entirety.  That is, does Stubbs still assert Count 4 and Bruce Counts 3 and 5?

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties are hereby **ORDERED TO SHOW CAUSE** to clarify this issue.  The parties must file either a joint stipulation dismissing Counts 3 through 5 in their entirety, or otherwise file a joint report stating their precise positions.  This stipulation or report must be filed by September 12, 2013.  No hearing will be held on this matter.

**IT IS SO ORDERED.**

September 9, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**